THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHIZOME PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SMALL BUSINESS ADMINISTRATION, *et al.,*<br><br>    Defendants. | Case No. 1:21-cv-03037-RDM<br><br>Judge Randolph D. Moss |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rhizome Productions, Inc., and Defendants Small Business Administration ("SBA") and Isabella Casillas Guzman, in her official capacity as Administrator of the SBA, by and through the undersigned counsel, stipulate to the dismissal of this action without prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Dated: June 3, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Jeffrey E. McFadden*
 JEFFREY E. McFADDEN
 D.C. Bar No. 434234
 Law Offices of Jeffrey E. McFadden
 312 Prospect Bay Drive East
 Grasonville, MD 21638
 (410) 490-1163
 jmcfadden@jmcfaddenlaw.com

By: /s/ *Dedra S. Curteman*
 DEDRA S. CURTEMAN,
 IL Bar #6279766
 Assistant United States Attorney
 Civil Division
 United States Attorney's Office
 601 D Street N.W.
 Washington, DC 20530

|  |  |
|---|---|
| *Counsel for Plaintiff* | (202) 252-2550<br>dedra.curteman@usdoj.gov |
|  | *Counsel for Defendants* |